

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

Cause number:          01-15-00783-CR

Style:          Juan Jimenez v. The State of Texas

Date motion filed*:          June 3, 2016

Type of motion:          State's Second Motion for Extension of Time to File Appellate Brief

Party filing motion:          Appellee The State of Texas

Document to be filed:          Appellee's Brief

Is appeal accelerated?          No.

If motion to extend time:

    Original due date:          March 30, 2016

    Number of extensions granted:          1          Current Due Date:  May 31, 2016

    Date Requested:          July 22, 2016 (114 days from original deadline)

Ordered that motion is:

    ☑ Granted

        If document is to be filed, document due:  July 22, 2016.

        ☑          No further extensions of time will be granted.

    ☐ Denied

    ☐ Dismissed (*e.g.*, want of jurisdiction, moot)

    ☑ Other: _____

    Because two extensions were granted to appellant and appellee's second extension request states that counsel has been busy with five briefs filed in the past month and six

    briefs due and an oral argument in other cases in the next month, this extension is **granted**, but counsel is warned that **no further extensions will be granted** given the total length of time requested.  *See* TEX. R. APP. P. 10.5(b)(1)(C), 38.8(d).

    Accordingly, if appellee's brief is not filed by **July 22, 2016**, the Court may set this case for submission on the appellant's brief only.  *See* TEX. R. APP. P. 38.9(a).

Judge's signature: /s/ Evelyn V. Keyes
        ☒ Acting individually          ☐ Acting for the Court

Date:  June 28, 2016

November 7, 2008 Revision